UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 15-cv-20094
                              Hon. Matthew F. Leitman

VERDELL KENNEDY,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE (ECF No. 278) WITHOUT PREJUDICE

Defendant Verdell Kennedy is a federal inmate incarcerated at the Ashland Federal Correctional Institution.  On May 4, 2020, Kennedy filed a motion to modify his sentence and for an order of release due to the COVID-19 pandemic. (*See* Mot., ECF No. 278.)  The Court held a hearing on the motion on May 26, 2020, and an on-the-record status conference on June 10, 2020.  For the reasons stated on the record, the motion is **DENIED WITHOUT PREJUDICE**.  Kennedy may renew his motion if there is a material change in the conditions at the Ashland facility.

    **IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
Dated: June 10, 2020                  UNITED STATES DISTRICT JUDGE

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2020, by electronic means and/or ordinary mail.

                                              s/ Holly A. Monda
                                              Case Manager
                                              (810) 341-9764