UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 15-cv-20094
Hon. Matthew F. Leitman

VERDELL KENNEDY,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S SECOND MOTION FOR COMPASSIONATE RELEASE (ECF NO. 290)

On October 7, 2020, the Court held a hearing on Defendant Verdell Kennedy's Second Motion for Compassionate Release (ECF No. 290). For the reasons stated on the record during the hearing, IT IS HEREBY ORDERED that the motion is DENIED.

**IT IS SO ORDERED**.

Dated: October 7, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 7, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764

1