UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERDELL KENNEDY,

    Defendant.
_____/

Case No. 15-cr-20094
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANT'S REQUEST TO MODIFY RESTITUTION PAYMENT PLAN (ECF No. 307)

Defendant Verdell Kennedy is a federal inmate incarcerated at the Ashland Federal Correctional Institution. When the Court sentenced Kennedy in this case, it ordered him to pay $888,618.19 in restitution. (*See* Judgment, ECF No. 223, PageID.908.) The Court also ordered Kennedy to participate in the Inmate Financial Responsibility Program (the "IFRP"). (*See id.*, PageID.910.) Part of the IFRP includes establishing a payment plan so that Kennedy can make progress towards the amount he owes in restitution. (*See id.*)

On January 7, 2021, Kennedy filed a written request in which he asks the Court to "adjust[]" the payment established by the IFRP to $25.00 per quarter. (Req., ECF No. 307.) The Government objects to Kennedy's request. (*See* Resp., ECF No. 312.)

1

The Court has carefully reviewed Kennedy's request to modify his IFRP payment amount and **DENIES** it for the reasons stated in the Government's response.

**IT IS SO ORDERED**.

Dated: February 2, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764