UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 15-cv-20094
                                    Hon. Matthew F. Leitman

VERDELL KENNEDY,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE (ECF No. 300)

On December 17, 2020, Defendant Verdell Kennedy filed a Renewed Motion for Compassionate Release. (*See* Mot., ECF No. 34.)  The Court held a video hearing on Kennedy's motion on February 4, 2021. (*See* Notice of Hearing, ECF No. 311.) For the reasons explained on the record during the February 4, 2021, motion hearing, and those stated on the record during the October 7, 2020, hearing on Kennedy's earlier motion for compassionate release (*see* 10/7/2020 Hr'g Tr., ECF No. 298), Kennedy's renewed motion is **DENIED**.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
Dated:  February 4, 2021                UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 4, 2021, by electronic means and/or ordinary mail.

<u>s/ Holly A. Monda</u>
Case Manager
(810) 341-9764