UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D10, VERDELL KENNEDY,

    Defendant.
_____/

Case No. 15-cr-20094-10
Hon. Matthew F. Leitman

### ORDER DENYING DEFENDANT'S MOTION TO TERMIANTE SUPERVISED RELEASE WITHOUT PREJUDICE (ECF No. 329)

In 2015, Defendant Verdell Kennedy pleaded guilty in this Court to one count of conspiracy to commit wire fraud persuant to a Rule 11 Plea Agreement. (*See* Plea Agmt., ECF No. 142.)  The district judge then assigned to this case, the Honorable Marianne Battani, sentenced Kennedy to a term of 105-months in custody followed by three years of supervised release. (*See* Judgment, ECF No. 223.)  Kennedy began his term of supervised release on May 2, 2023.

On May 2, 2024, Kennedy filed a motion in which he asked the Court to terminate his term of supervised release. (*See* Mot., ECF No. 329.)  It appears that Kennedy is doing well on supervised release.  However, the Court believes that it is too early to terminate supervised release at this time.  Thus, the Court will **DENY** Kennedy's motion without prejudice.

1

The Court invites Kennedy to file a renewed motion to terminate his supervsised release in 180 days.

**IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: June 11, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2024, by electronic means and/or ordinary mail.

                                                   s/Holly A. Ryan
                                                 Case Manager
                                                 (313) 234-5126